

```
GAVIN MEHL
890 Wedge Wood Court
West Sacramento Ca ~95605
Phone: (917) 304-6089
Email: mehlgavin@gmail.com

Debtor pro se.
```

**FILED**
**FEB 14 2020**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# United States Bankruptcy Court
## For Eastern District of California

In re:

GAVIN MEHL,

Debtor

| | |
|---|---|
| Case No.: | 20-20713 |
| Chapter | 13 |
| DCN.: | GGM-1 |
| **VERIFICATION AND MASTER ADDRESS LIST** | |
| Judge: | Honorable Christopher D. Jaime |
| Location: | 501 I Street, Suite 3-200 Sacramento, CA 95814 |
| [Action filed : October 7, 2019] | |

I declare that the attached Creditor Mailing Matrix is the Master Address List, consisting of one sheet, containing the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Respectfully Submitted,

_____
GAVIN MEHL

Date: February 13, 2020

**AMENDED MASTER ADDRESS LIST**

Vivint Solar

1060 National Dr Ste 3,

Sacramento, CA 95834


PACIFIC GAS AND ELECTRIC

P.O. BOX 997300

SACRAMENTO, CA 95899