FORM L146 Order Dismissing Case for Failure to Timely File Document(s)  (v.02.15)     20–20713 – B – 13 C

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

**Case Number:**    20–20713 – B – 13 C

**Debtor Name(s), Social Security Number(s), and Address(es):**

Gavin Gregory Mehl
890 Wedge Wood Court
West Sacramento, CA 95605

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:   2/25/20

    ORDERED PURSUANT TO THE COURT'S GENERAL
    ORDER THAT DELEGATES AUTHORITY TO THE CLERK
    OF THE BANKRUPTCY COURT AND HIS DEPUTIES
    FOR THE COURT
    Wayne Blackwelder, Clerk

By: __rlos_____
              Deputy Clerk